```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
OCT 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>10409 Redwood Blvd.<br>California City, California 93505<br><br>1117 Pinot Noir Street<br>Los Banos, California<br><br>9024 Evelyn Avenue<br>California City, California 93505<br><br>2520 Floyd Avenue<br>Modesto, California 95355 | 1:08-sw-00256-GSA<br>1:08-sw-00257-GSA<br>1:08-sw-00259-GSA<br>1:08-sw-00258-GSA<br><br>ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT, APPLICATION TO SEAL, MEMORANDUM OF POINTS AND AUTHORITRIES AND THE ACCOMPANYING ACCOMPANYING DECLARATION OF KIMBERLY A. SANCHEZ |

The Search Warrant Application and Affidavit and Supporting Memorandum in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the Search Warrant Application and Affidavit and Supporting Memorandum be unsealed and made public record.

DATED: 10/21/08

_____
Sandra M. Snyder
U.S. Magistrate Judge